IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr332-MHT |
| | ) | (WO) |
| LORENZO TEAGUE | ) | |

MENTAL-HEALTH ORDER

As to defendant Lorenzo Teague's term of supervised release, it is ORDERED as follows:

(1) As a condition of supervised release, defendant Teague will attend mental-health counseling at least twice per month to address his diagnosed post-traumatic stress disorder and depression, as well as his love of firearms. Within 30 days of the beginning of his term of supervised release, the Probation Department shall arrange for the provision of such treatment by a mental-health provider. The mental-health provider shall have particular expertise and experience in the treatment of post-traumatic stress disorder.

(2) Within 30 days of the beginning of the term of supervised release, the Probation Department shall

arrange for a psychiatric evaluation of defendant Teague to determine whether he would benefit from a prescription for antidepressants or other psychotropic medication. The department shall provide all available records and prior evaluations to said evaluator before the evaluation, and shall file the evaluation under seal with the court as soon as it is available.

(3) As a condition of supervised release, defendant Teague shall be required to undergo the evaluation. The court will consider whether to require compliance with the recommendations of the evaluator upon receipt of the evaluation.

DONE, this the 30th day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**